AO 442 (Rev. 11/11) Arrest Warrant                              FID #

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.
CHRISTOPHER STEPHEN WOODS

Case No. 5:18-cr-35-Oc-37PRL

SEALED

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CHRISTOPHER STEPHEN WOODS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Operating an air transporation without an airman's certificate, in violation of 49 U.S.C. 46317(a)(1) and making a false statement to a federal agency, in violation of 18 U.S.C. 1001(a)(2).

Date: 08.08.2018

*Issuing officer's signature*

City and state: _____

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/8/18, and the person was arrested on *(date)* 8/15/18
at *(city and state)* Ocala, FL.

Date: 8/15/18

*Arresting officer's signature*

Michael T. Bishop SA
*Printed name and title*