AO 442 (Rev. 11/11) Arrest Warrant

FILED 2019 DEC 13 PM 12:12
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

RECEIVED U.S. MARSHAL 2019 DEC 10 AM 10:14
MIDDLE DISTRICT OF FLORIDA OCALA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Christopher Stephen Woods
*Defendant*

Case No. 5:18-cr-35-Oc-37PRL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Stephen Woods,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 12/9/19

*Issuing officer's signature* M. Taylor

City and state: OCALA, FL

ELIZABETH M. WARREN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 12/9/19, and the person was arrested on *(date)* 12/11/19
at *(city and state)* Ocala, FL.

Date: 12/11/19

*Arresting officer's signature*

O. SANTANA  DUSM
*Printed name and title*